UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| EVANGELINE A. GREEN | CIVIL DOCKET NO. 1:22-CV-03207 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| ANDREW HEBERT | MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

**JUDGMENT**

For the reasons contained in the REPORT AND RECOMMENDATION (the "R & R") of the Magistrate Judge previously filed herein [Doc. 32], and after independent (de novo) review of the record, including the OBJECTIONS TO REPORT AND RECOMMENDATION [Doc. 33], and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendant's MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION [Doc. 4] is GRANTED, and Green's COMPLAINT [Doc. 1] is DISMISSED WITHOUT PREJUDICE.

IT IS ORDERED that Defendant's MOTION FOR PROTECTIVE ORDER [DOC. 24] is DENIED for lack of subject matter jurisdiction.

IT IS ORDERED that Defendant's MOTION FOR SANCTIONS [Doc. 30] is DENIED for lack of subject matter jurisdiction.

THUS, ORDERED AND SIGNED in Chambers on the 18th day of May 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE